## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Patrick Martin, being duly sworn, depose and state as follows:

## AGENT BACKGROUND

1.      I have been employed as a Special Agent with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI") since December 2019.  I am currently assigned to the Border Enforcement Security Task Force ("BEST") Investigations Group.  Prior to my tenure with HSI, I was an agent with DHS, Federal Air Marshal Service beginning in August 2010 and served as an international team leader and operations officer.  My current responsibilities include conducting investigations involving the unlawful transportation and smuggling of goods and contraband including controlled substances and financial instruments.

2.      My responsibilities as an HSI Special Agent include the investigation of possible violations of federal law, including but not limited to violations of the Controlled Substances Act. As a Special Agent, I have participated in the investigations of criminal organizations involved in the distribution of controlled substances and related money laundering violations.  I have participated in all aspects of drug investigations, including physical surveillance, surveillance of undercover transactions, the introduction of undercover agents, the execution of search warrants, acting in an undercover capacity, making arrests, and debriefing defendants, informants, and witnesses who had personal knowledge about major drug trafficking organizations.  I have also reviewed recorded conversations and telephone, financial, and drug records. I have also received specialized training regarding the activities of narcotics traffickers, including the methods used to manufacture, package, store, and distribute narcotics, and the methods used by narcotic traffickers to conceal and launder the proceeds of their narcotics-trafficking activities.  Through my training

and experience, I have become familiar with the manner in which illegal drugs are manufactured, imported, transported, stored, and distributed, and the methods of payment for such drugs.

3.     During the last two years, I have participated in the investigations of multiple on-line drug distribution organizations.  The investigations have involved subjects engaged in the sale of narcotics through dark web and open-source web sites.  From my training, experience, and interactions with other investigators, I have become familiar with narcotic traffickers' methods of operation including the distribution, storage, and transportation of narcotics, collection of proceeds, and money laundering.  These investigations have resulted in arrests of numerous individuals who have smuggled, received, and distributed controlled substances, including, but not limited to, methamphetamine, fentanyl, and other pharmaceuticals.  These investigations have also resulted in seizures of illegal drugs and proceeds from the drug distribution.  In my experience as an HSI Special Agent, I have executed multiple search warrants for online drug distribution investigations and reviewed related electronic communications and records, which revealed online drug distribution and money laundering.  My training and experience, along with conversations with other federal, state, and local investigators familiar with narcotics trafficking and money laundering matters, form the basis of the opinions and conclusions set forth below, which I drew from the facts set forth herein.

4.     The information contained in this affidavit is based on statements and information from witnesses, my personal knowledge and observations during the course of this investigation, my personal training and experience as a criminal investigator, and my review of records, documents, and other physical evidence obtained during this investigation, among other things. Because this affidavit is submitted for the limited purpose of establishing probable cause for the requested criminal complaint, I have not included each and every fact known to me concerning

this investigation. Rather, I have set forth herein only those facts that I believe are necessary to establish probable cause to support the criminal complaint requested herein.

## PURPOSE OF THE AFFIDAVIT AND STAUTORY FRAMEWORK

5.    I submit this affidavit in support of an application for a criminal complaint alleging that, beginning in or around January 2021 and continuing until the present, Jimmy Zhijian Fu ("FU"), and others known and unknown, participated in a money laundering conspiracy, in violation of Title 18, United States Code, Section 1956(h).

6.    Title 18, United States Code, Section 1956(a)(1)(B)(i) makes it illegal to conduct or attempt to conduct a financial transaction involving the proceeds of specified unlawful activity, knowing that the transaction is designed in whole or in part to conceal or disguise the nature, location, source, ownership, or control of property known to be the proceeds of specified unlawful activity.  Additionally, Title 18, United States Code, Section 1956(h) makes it illegal for any person to conspire to commit such an offense.

7.    Title 18, United States Code, Section 1956(a)(2)(B)(i) makes it illegal to transport, transmit, or transfer, or attempt to transport, transmit, or transfer, monetary instruments or funds from the United States to or through a place outside the United States, knowing that the funds are proceeds of specified unlawful activity, and knowing the international movement is designed in whole or in part to conceal or disguise the nature, location, source, ownership, or control of property known to be the proceeds of specified unlawful activity.  Title 18, United States Code, Section 1956(h) makes it illegal for any person to conspire to commit such an offense.

8.    Narcotics trafficking in violation of 21 U.S.C. §§ 841(a)(1) and 846 constitutes "racketeering activity" pursuant to Title 18, United States Code, Section 1961(1)(D), which is a "specified unlawful activity" under 18 U.S.C. § 1956(c)(7)(A).

3

Therefore, proceeds of narcotics trafficking are proceeds of specified unlawful activity.

**PROBABLE CAUSE**

**Summary of the Scheme**

9.      Since in or around November 2022, law enforcement, including HSI and the United States Food and Drug Administration, Office of Criminal Investigations, have been investigating a network of online pharmacies, including two online pharmacies hereinafter referred to as "Website 1" and "Website 2" (collectively referred to as the "Websites")[1] and their owners, operators, and distributors for advertising controlled substances for sale, and distributing misbranded and counterfeit drugs, including drugs that contain controlled substances.   Based on the investigation, law enforcement believes that the Websites are operated out of India.

10.      The orders placed by customers of the Websites in the United States are filled in several ways, including by illicit pill press locations operating in the United States, and shipments from overseas locations.   Law enforcement has conducted a number of undercover ("UC") purchases through the Websites and their representatives for Adderall, phentermine, and Xanax, which are prescription drugs that either are, or contain, controlled substances as an active ingredient.   For each purchase, law enforcement received pills that were imprinted with markings consistent with genuine pharmaceutical pills.   However, each UC order that was received and lab-tested has proven to be counterfeit.[2]   For example, in one instance, law enforcement ordered 60

---

[1] The online pharmacy websites are known to me but are not included herein to protect the ongoing nature of the investigation.

[2] The Federal Food Drug and Cosmetic Act ("FDCA") defines a "counterfeit drug" in relevant part, as a drug which, or the container or labeling of which, without authorization, bears the trademark, trade name, or other identifying mark, imprint, or any likeness thereof, of a drug manufacturer, other than the person or persons who in fact manufactured the drug and which thereby falsely purports or is represented to be the product of such other drug manufacturer.   21 U.S.C. § 321(g)(2).

Adderall pills, but received pills that tested positive for methamphetamine and caffeine.  In another instance, law enforcement ordered 90 Adderall pills, but received pills that contained no Active Pharmaceutical Ingredient ("API").  Through these UC purchases, law enforcement has identified several illicit pill manufacturing locations and individuals involved in the fulfillment and shipment of pharmaceutical orders.

11.     Through the UC purchases, law enforcement identified the business Axson Engineering, Inc., doing business as "Axson Data," (hereinafter, "AXSON"), that processes customer payments generated from the Websites' internet pharmacies.   Law enforcement identified FU as the operator of AXSON.[3]

12.     As outlined herein, AXSON knowingly receives customer payments for controlled substances purchased online.   AXSON then launders these payments through their various accounts and wires the proceeds of these illegal purchases, less a fee, to various businesses located overseas.  These wires are directed to a number of different businesses that identify as information technology ("IT") consulting businesses, among other things.   These businesses receive the proceeds of various schemes, including purchases from the Websites.   Based on my training, experience, and knowledge of this investigation, I believe that this payment structure is designed to obfuscate the true operators of the Websites' network.

---

[3] AXSON was incorporated on January 17, 1997, in the state of California.  According to filings with the California Secretary of State, FU is the CEO, sole Director, and Registered Agent for AXSON.  The type of business per the most recently filed annual report was listed as "computer, data services, wholesale, prog[ramming]."

FU maintains a California driver's license.  During surveillance of AXSON's registered business address in Canoga Park, California, FU was observed in April, May, and September 2024.

13.     Throughout this investigation, eighteen UC payments for prescription drugs containing controlled substances were made using the Websites' option to pay via e-check.[4]  All of these payments were processed by AXSON and the payments were deposited into an AXSON bank account at Cathay Bank.  All of the e-checks were deducted from the UC account referenced an India-based business, hereinafter "Business 1," that, according to open-source research is an information technology and digital marketing company.[5]

14.     A review of all of AXSON's bank accounts revealed thousands of checks deposited from individuals across the United States, including Massachusetts, for various amounts of money ranging from hundreds to thousands of dollars.  AXSON's Cathay Bank account alone received in excess of six million dollars from individuals located throughout the United States, including the UC payments.  As outlined below, at least some of these payments correspond to purchases from the Websites' network of online pharmacies.[6]  The memo section of these checks referenced a variety of non-pharmacy businesses that largely correspond to the overseas entities that ultimately received wires out of AXSON's bank accounts.  These accounts are primarily located in India.  Overall, during the period between January 2021 and August 2024, AXSON accounts appear to have received approximately $11.5 million from individuals across the United States.

---

[4] The e-checks were remotely created or remotely generated checks authorized by the UC remotely.  They were not physically signed by the UC.

[5] The name of this business and all businesses that are redacted herein are known to me but not included to protect the ongoing nature of this investigation.

[6] As discussed below, in addition to receiving and laundering payments on behalf of the Websites, I believe that FU is also receiving the proceeds of other fraudulent schemes into AXSON's bank accounts.

## Background of the Investigation

15.     In or around September 2022, law enforcement identified an individual who was mailing hundreds of packages containing pills at various post offices and parcel delivery services in Massachusetts.  In connection with the investigation, over one hundred packages were seized and searched and found to contain counterfeit and misbranded prescription drugs, including pills containing fentanyl, a Schedule II controlled substance, and pills that were imprinted with markings consistent with prescription drugs that only contained acetaminophen, an over-the-counter drug.  In November 2022, law enforcement executed a federal search warrant at the pill press location located in the District of Massachusetts where these packages originated.  During the search of this location, law enforcement found three industrial-sized pill press machines, multiple gallon-sized plastic bags containing powder in various colors, multiple large bags and plastic containers of pills in various colors and stamped with pharmaceutical markings, among other things.  Ultimately, over twelve kilograms of pills and powder recovered from this location tested positive for fentanyl.  A number of pills also tested positive for acetaminophen.

16.     In connection with this investigation, law enforcement spoke to the intended recipients of some of the substances that were being manufactured at the pill press location.  These customers/potential customers identified Website 1 and Website 2 as the online ordering platform that they used to order drugs, including prescription stimulant drugs such as Adderall, which contains a Schedule II controlled substance, and Modafinil, which contains a Schedule IV controlled substance.

## UC Operation

17.     In December 2022, law enforcement visited Website 1 and Website 2 in a UC capacity and observed that the sites were offering multiple categories of prescription drugs that

purported to treat, mitigate, and/or cure a variety of diseases, including COVID-19, erectile dysfunction, the flu, and attention deficit hyperactivity disorder ("ADHD"), such as the drugs Ivermectin, Adderall, Viagra, Cialis, phentermine, Prednisone, and Periostat.  A photograph of Website 2 is included below:



18.     Website 2 claimed to be a licensed pharmacy in the British Virgin Islands and the Caribbean and claimed that a prescription was not required because it was an international pharmacy not bound by local or country-specific laws.  However, I know based on my training, experience, and in consultation with other members of law enforcement, that in the United States, pharmacies are required to be licensed in the state that they are dispensing prescription drugs into. Furthermore, I am aware that prescription drugs must be dispensed pursuant to a valid prescription issued by a practitioner licensed by law to administer prescription drugs.  At no time during this investigation was a prescription requested or provided in connection with the UC orders placed through the Websites.

19.     After the UC registered an account at Website 1 and Website 2, the UC email account received a number of emails from various email addresses affiliated with the Websites offering controlled substances for sale often at a discounted price and with the offer to provide additional free pills.   For example, in February 2023, the UC received an email from "Amy Jack" from the "Customer Care Team" for "[Website 1]."  "Amy" identified herself as "from [Website 2] the online pharmacy."   The email contained the following:



*How are you? Hope everything is fine*

We have some fresh batches today & Offers going on, so if you want to refill then this is the right time for that.

[ **The order for your medication in the** ▮▮▮▮Website 2▮▮▮▮ **is still pending with us! Kindly Use this coupon "AMY 143" ( WELCOME BACK OFFER ) to get Flat 10% Off + 14% Bonus pills + Free Shipping _ Valid till 15th FEB ]**

Due to some issues the prices have gone up !!! Right now
This time we have new shippers &  the stocks are getting highly demanded.

" DEALS : US-US FLAT 20-100 DISCOUNT " FOR OVERSEAS SHIPMENT 20% BONUS PILLS OFFERS "

Products available:👈

| SLEEPING AID (Overseas) | ANTI ANXIETY | PAINKILLER | ADHD | WEIGHT LOSS | Viagra & Cialis |
|---|---|---|---|---|---|
| Ambien | Xanax | Tramadol | Adderall | Phentermine | |
| Imovane | Ativan | Aspadol | Ritalin | | |
| | Valium | soma | Provigil | | |
| | Klonopin | | | | |

*We have products from (US-US), The delivery timeframe is 7-15 days maximum.*

*We have products from Overseas, The delivery timeframe will be 25-30 days max .*

*If anyone else calls or messages you,kindly tell them that AMY JACK is the agent who is assigned for your orders and taking care of your orders.* 😊

Please feel free to call our toll free number ▮▮▮▮▮▮ and ask for AMY JACK.

*Or let me know when is the right time to call you.*
*Or you can reply back to my mail.*

*If you have placed an order with me : ) , Kindly Ignore the mail !*

*Have a good day.* ♥

20.     I know from my training and experience that each of the drugs highlighted in the above email are prescription drugs that either are themselves a controlled substance (such as phentermine) or contain a controlled substance (such as the amphetamine contained in Adderall). Through this investigation, I have learned that "US-US" referenced in the above email, indicates that the order will be filled domestically (within the United States). Alternatively, customers can select to have their orders filled overseas and shipped to the United States by choosing the "overseas shipment" option.

### A.  Summary of the UC Controlled Purchases

21.     As outlined in more detail herein, from January 2023 to August 2024, law enforcement placed UC orders from representatives of the Websites on approximately seventeen occasions, including orders for Adderall, phentermine, and Xanax, which are prescription drugs

that either are, or contain, controlled substances as an active ingredient.  At no point was the UC asked for a prescription in connection with these purchases.[7]  The UC orders were shipped to a UC mailbox located in the District of Massachusetts.  Of the orders that were received and lab-tested, four contained only acetaminophen, one contained methamphetamine and caffeine, three included methamphetamine and N-cyclohexyl methylone,[8] one contained tramadol[9] and caffeine, one contained sibutramine,[10] one contained gabapentin and ramelteon,[11] five included gabapentin and a synthetic opioid (N-pyrrolidino isotonitazene or N-pyrrolidino protonitazene), one contained a nitazine-type compound, which is a synthetic opioid, and five contained no APIs.  Each of these pills were determined to be counterfeit and misbranded.  Additional pills are pending analysis.  A summary chart of the UC orders mailed to Massachusetts throughout this investigation is attached as Appendix A to this Affidavit.

---

[7] Under the FDCA, a drug is misbranded if it is a prescription drug, and it is dispensed without a prescription from a practitioner licensed by law to administer prescription drugs.  21 U.S.C. § 353(b).  Under the FDCA, a prescription drug includes any drug that, because of its toxicity or potential for harmful effect, or the method of its use, or collateral measures necessary to its use, is not safe for use except under the supervision of a licensed practitioner.  21 U.S.C. § 353(b).

[8] Through open-source research, I learned that N-cyclohexyl methylone is classified as a novel stimulant and substituted cathinone.  Substituted cathinones are modified based on the structure of cathinone, an alkaloid found in the Khat plant. Structurally similar drugs include methylone and diethlyone (or N,N-diethyl methylone), among other beta-keto methylenedioxyamphetamine (or "-ylones"). Methylone is a Schedule I substance in the United States; N-cyclohexyl methylone is not explicitly scheduled.

[9] Tramadol is a Schedule IV opioid.

[10] Sibutramine was removed from the U.S. market in 2010 due to high risk of adverse cardiovascular events.  It is a Schedule IV controlled substance.

[11] According to the website, fda.gov, gabapentin is a prescription drug used to treat partial seizures, nerve pain from shingles, and restless leg syndrome, among other things.  Ramelteon is a prescription drug that is used for the treatment of insomnia characterized by difficulty with sleep onset.

22.     Since the origination of the investigation, the Websites have allowed for various payment methods to be used by customers, including payment via cash applications, including Venmo,[12] Zelle,[13] Cash App,[14] and PayPal,[15] as well as by credit card and e-check.

23.     As mentioned above, eighteen UC payments were paid via e-check.  The e-check payments were confirmed via text message and/or emails from "Axson Data."  The e-checks were remotely generated checks drawn from the UC bank account and then ultimately deposited into AXSON's Cathay Bank account.  The e-checks were made out to "Axson Data," with the address 21130 Vanowen St, Canoga Park, California, and the phone number (818) 313-8501 (hereinafter, the "8501 Telephone").[16]   An example of an e-check is below:

---

[12] Venmo is a mobile payment application that allows users to send and receive money electronically by linking their bank accounts, credit cards, or debit cards to the Venmo app.

[13] Zelle is a peer-to-peer payment platform that enables individuals to send and receive money directly from their bank accounts directly to or from another user's bank account.

[14] Cash App is a financial platform that allows users to send and receive money via a mobile phone application, as well as transfer the money they have in their Cash App account to a linked bank account.

[15] PayPal is an online payment system that allows users to send and receive money around the world. PayPal acts as a payment processor for online vendors and allows purchasers to make payments via a bank account instead of a credit card.

[16] According to subscriber records obtained from AT&T for the 8501 Telephone, the phone is billed to FU's wife.  As outlined in more detail herein, I believe the 8501 Telephone is used by FU.



24.     The memo section of the check pictured above included Business 1.  As mentioned above, according to open-source research, Business 1 is an India-based company involved in IT consulting and digital marketing.  A summary of some of the UC purchases are included below.

### B.  July 17, 2023, UC Purchase of 60 Adderall Pills Containing No APIs

25.     In January, March, and April 2023, law enforcement conducted three UC purchases from the Websites and paid either by Zelle or Venmo.  In July 2023, a customer service representative from the Websites, known only as "Katie,"[17] advised that paying via Zelle was no longer an option because "they had exhausted the transaction limit" for Zelle.[18]  In July and August

---

[17] Katie was law enforcement's primary point of contact for the UC purchases.  She has not been identified.  Katie emailed the UC email account from a variety of different email addresses throughout this investigation.  While Katie's email varied between controlled purchases, her signature block generally included a reference to Website 1 and a phone number ending in 1866.  Based on my training, experience, and knowledge of this investigation, I believe that Katie likely works at a call center that operates on behalf of not only the Websites, but other networks involving telemarketing schemes and other fraudulent conduct.  Furthermore, based upon the patterns of calls received by the UC during this investigation, I also believe that customer data is exchanged between different networks.  For example, shortly after confirming an order with Katie, the UC received calls from unknown numbers offering medications and refills.  These callers did not appear to be affiliated with Katie or the Websites.

[18] This call between "Katie" and the UC was recorded.

2023, law enforcement negotiated the purchase of sixty (60) Adderall pills from Website 1 through representative "Katie" for $500 via email, text message, and by phone to be paid via e-check.

26.     On July 17, 2023, law enforcement confirmed the purchase of "60 pills" of "add," referring to 60 pills of Adderall, with Katie via text message.  Katie sent an email to the UC account that requested a picture of a voided check so that she could place the order.  The email included a section that stated: "HOW DOES ECHECK WORKS -  As soon as I place the online check with my bank – AXSON DATA ENGINEERING.  They will send you the text or email to authorize the transaction.  Without your approval my bank has no authority to deduct the funds from your account and it's safe as well.  Once you approve my bank transaction the order will go through.  If you are comfortable with this – I can make it 60 + 10 for you for $500."  I understand the reference to "60 + 10" to be a reference to a number of pills, and specifically to the 60 pills ordered, plus an additional 10 bonus pills, for a total of 70 pills, and "$500" to be the price.

27.     On the same day, law enforcement emailed a photograph of a voided check that was connected to a UC bank account to Katie.  Law enforcement paid $500 for the Adderall through an e-check drawn on a UC account payable to Axson Data, which was subsequently deposited into AXSON's Cathay Bank account.  In connection with this payment, the UC telephone received a text message from the telephone number (818) 282-4605[19] (hereinafter, the "4605 Telephone") to confirm the payment for the Adderall purchase.  The text message stated, "Verify 500 medi order payment Confirm? Axson Data Thx."  Law enforcement confirmed the

---

[19] Records received in connection with the 4605 Telephone indicate that the phone number is subscribed to Shelley Li, who I believe to be FU's wife.  The address listed in connection with the 4605 Telephone is an address in West Hills, California, which, according to open-source research, is the residence of FU and Li.

payment by responding via text message from the UC telephone that day.   Law enforcement also received emails from admin@digi2checks.com, one of which stated as follows:

> Customer [redacted] :  We have received your echeck 500 USD payment.  Thank you!.  Welcome to Axson Payment Processing.  If you have any questions about this email, please contact us at (818)-282-4605.  We may contact you for the verification of the payment.  Our customer support  line is (818) 313-8501.

28.     On or about July 24, 2023, Katie provided tracking information for the shipment of the Adderall pills via text message to the UC telephone.  On July 28, 2023, Katie followed up and sent the following text message:

> Hi [redacted] KATIE – here.  We are facing issues with the shiopment[sic] & you will receive it by next week for sure.  And this pack will have 10 as extra & for your next order I will addd[sic] 20 as extra as compensation for you – KATIE.

In subsequent text messages, Katie clarified that the package with the UC's pills had been delivered to the wrong address and offered to ship 90 pills instead to make up for the inconvenience.

29.     Ultimately, on or about August 15, 2023, a package arrived at a UC mailbox located in the District of Massachusetts.  Law enforcement inventoried the contents of the package and identified forty-nine orange oval-shaped tablets imprinted with "b 974" and "30," and four partial tablets.  Law enforcement queried the imprints on the tablets through drugs.com and learned that these imprints are consistent with the prescription drug amphetamine and dextroamphetamine 30 mg, which is a Schedule II controlled substance used in the treatment of ADHD and narcolepsy. This is a generic version of Adderall.  The pills were provided to the laboratory for testing, which confirmed that there were no APIs in the sample.  In other words, while the pills were stamped with markings mimicking amphetamine and dextroamphetamine, the tablets did not contain amphetamine and dextroamphetamine and were therefore counterfeit.

30.     On August 31, 2023, law enforcement received an additional package at the UC mailbox in connection with the July purchase.  This package was sent to make up for the shipping

15

error on the prior package.  The package contained ninety-five orange oval-shaped tablets with the imprint "b 974" and "30" (similar to the prior shipment).  These pills were similarly provided to the laboratory and found to contain no APIs.

### C. September 5, 2023, UC Purchase of 60 Adderall Pills and 20 Bonus Pills Containing Tramadol

31.    On or about September 5, 2023, Katie emailed the UC email account advertising prices and packages for the purchase of Adderall and phentermine.  Law enforcement, working in a UC capacity, responded to this email and requested a "refill."  Katie responded and confirmed that she placed the order for "ADDERALL – 60 with 20 extras for you."  Law enforcement subsequently received an email from admin@digi2checks.com that confirmed receipt of an e-check for $500 and again provided the information for Axson Payment Processing.  The check generated from the UC bank account was ultimately deposited into AXSON's Cathay Bank account.

32.    On September 29, 2023, Katie sent an email with the tracking number for the Adderall order. The order arrived on or about October 2, 2023.  The order arrived via PHL post, indicating the Philippine Postal Corporation.  The return address on the package listed, "Sandra Perez 9 gerryvilly st. novaliches city 112309058855110."  Novaliches is located in the Philippines.  Inside of the parcel, law enforcement located eighty orange tablets imprinted with "AD 30" pictured below:



33.     A query of this imprint through drugs.com, resulted in the identification of the prescription drug Adderall 30 mg.  The drugs were provided to the lab, which confirmed the presence of caffeine and tramadol.  Tramadol is a Schedule IV controlled substance that is a prescription pain medication that is not present in Adderall.  Amphetamine, which is in Adderall, was not present.  Accordingly, these pills were counterfeit.

34.     In September and November 2023, law enforcement placed additional UC purchase through the Websites' representative Katie for Adderall and phentermine pills.  Each of these payments were made via e-check and processed and received by AXSON.  The pills received were all determined to be counterfeit.

**D.  December 18, 2023, UC Purchase of 60 Adderall Pills and 20 Bonus Pills Containing No APIs**

35.     Beginning on December 6, 2023, Katie sent an email to the UC email account offering to refill the Adderall and phentermine "with discounts & bonus pills."

36. On December 18, 2023, an email was sent from the UC email address to Katie. The email confirmed the purchase of 60 Adderall pills and 20 "bonus" Adderall pills for $550. On December 18, 2023, the UC email account received an email from an email associated with Website 1 that advised that the order was received and provided the order number (PO223796).

37. Later that same day, text messages were exchanged between the UC telephone and a representative from Axson Data, who was using the 4605 Telephone. Specifically, the 4605 Telephone sent a text message that stated, "Verify $550 Medi Order payment Confirm? Axson Data Thx." Law enforcement responded, "Is this for the Adderall." The 4605 Telephone responded, "Please verify [with] (201) 416-3308 they handle product shipping." Law enforcement responded, "Who is that?" The 4605 Telephone responded, "This the [Website 2]." Law enforcement responded, "Nevermind. This is for the adderall. I confirm payment." The 4605 Telephone responded, "Ok." Law enforcement responded, "Please process payment for the adderall. Thanks." That day, the UC email account received an email from admin@digi2checks.com that confirmed the receipt of a $550 e-check by Axson Payment Processing. The funds were debited from the UC bank account and ultimately deposited into AXSON's Cathay Bank account.

38. On January 3, 2024, Katie sent an email advising that the package would arrive on January 6, 2024, and provided USPS tracking number. On January 5, 2024, the UC account received an email indicating that the package arrived. A subsequent inventory revealed that the package contained approximately eighty-two (82) orange round tablets imprinted with "DP" and "30." Law enforcement queried the imprints through drugs.com, which confirmed that the imprints were consistent with Adderall. These pills were provided to the laboratory for analysis, which confirmed that the pills contained no APIs and were therefore counterfeit.

*E.  January 23, 2024, UC Purchase of 120 Adderall Pills Containing Methamphetamine*

39.    On January 15, 2024, Katie reached out to the UC email again inquiring about placing another order for Adderall and phentermine with "discounts & bonus pills."  Ultimately, a UC purchase was made for 120 pills of Adderall for $720.  In confirming the purchase, Katie stated, "I have placed the check for $720 as like last time for you and this is the billing descriptor – AXSON DATA ENGINEERING.  Hope the checking is still in use[.]  My bank will send you the text to approve the transaction & kindly approve the text."

40.    On January 23, 2024, the UC telephone received a voicemail from the 4605 Telephone.  The caller was an unknown male requesting confirmation for a payment of $720.  The caller also stated in the voicemail that a text message would also be sent.  Later that day, using the UC telephone, law enforcement communicated via text message with the 4605 Telephone.  The 4605 Telephone sent a text that stated, "Verify $720 Medi Order payment Confirm ? Axson Data Thx."  Law enforcement responded with the following text message, "Not confirmed. The drug order is supposed to be for Adderall not phentermine."  Law enforcement then asked, "Can you talk with [Website 1] And change."  The 4605 Telephone responded, "I have left the note to them," "About your order," and "Thx."  Law enforcement responded, "Did you talk to [Website 1].  Order was changed to Adderall.  I approve the charge."   The UC telephone then received another text message from the 4605 Telephone that asked, "Verify $600 Medi Order payment Confirm ? Axson Data Thx."  Law enforcement responded, "Confirmed for the Adderall Can you call me."  Law enforcement did not receive a call back.

41.    On the same day, law enforcement received an email from admin@digi2checks.com confirming the receipt of a $720 e-check by Axson Payment Processing.

Law enforcement confirmed that the amount was debited from the UC bank account and deposited into AXSON's Cathay Bank account.

42.     On January 25, 2024, acting in a UC capacity, law enforcement contacted the 8501 Telephone and spoke with an individual who identified himself as "Jimmy," who I believe to be FU.  FU confirmed the payment from January 23, 2024.  During the call, FU confirmed that Axson Data in California was the "third-party process center."  FU also confirmed during the call that the order that law enforcement placed was for Adderall purchased from Website 2, clearly showing FU's knowledge of the source of the payments.  This call was recorded.

43.     On or about February 8, 2024, the package was delivered to the UC mailbox.  The package contained approximately 102 orange elliptical-shaped tablets imprinted with "b 974" on one side and "30" with a half score on the other side.  As previously outlined, these markings are consistent with amphetamine and dextroamphetamine 30 mg.  The tablets were provided to the laboratory, which confirmed the presence of methamphetamine and N-cyclohexyl methylone. Methamphetamine is a Schedule II controlled substance not present in Adderall.  As such, the pills were counterfeit.

44.     Also in February 2024, after placing an additional UC order of ninety (90) Adderall pills on or about February 6, 2024, the 8501 Telephone again called the UC telephone.  The caller identified himself as Jimmy FU.  FU identified himself as the customer service representative from AXSON and requested confirmation for a $600 payment in connection with the online pharmacy. Further in the conversation, law enforcement inquired about setting up an e-check payment account so the UC could sell the products from an online pharmacy.[20]  FU confirmed that he could

_____

[20] AXSON maintains a website at axsondata.com.  A review of the "Frequently Asked Questions" page on the AXSON's website describes a "Member Account" stating, "It is a type of account that allows businesses to accept payments by check.  A member account is established under an

set up a merchant account to sell the products for the UC's online pharmacy. Law enforcement asked FU to send an application and provided the UC email account information. This call was recorded. An undercover merchant account was later established with AXSON, as described below.

45.     There were additional UC purchases from the Websites' representatives on or about February 13, 2024 (90 Xanax pills), March 11, 2024 (90 Adderall pills and 90 Xanax pills), April 10, 2024 (120 Xanax pills, 120 phentermine pills, and 90 Adderall pills), July 15, 2024 (60 Xanax pills, 60 phentermine pills, and 60 Adderall pills), and August 18, 2024 (60 Xanax pills, 60 phentermine pills, and 60 Adderall pills). Each of these purchases were paid via e-check and confirmed and processed by AXSON.[21]   In every instance where the total UC order amount exceeded $1,000, payment was made via multiple e-checks such that the payment made by any one check remained under $1,000. In some instances, this dollar split seemed consistent with normal business practices, with separate payments made for different pill types, even when ordered on the same day, however in the July 2024 and August 2024 orders, where there were three different pill types ordered, in both instances for a total cost of $1,485, the e-check payments were split into two different dollar amounts, not three, thus indicating that the purpose was to keep the e-check dollar amount low, rather than for specific order tracking purposes.

_____

agreement between Axson Data and a member for the settlement of transactions. Members are legally held by the agreement or operating regulations established by Axson Data." The page goes on to answer the question of what types of businesses are accepted, listing in response: Time Share Services, Loan Modifications, Online Dating Services, Voice Over IP Merchants, Web Hosting Accounts, Downloadable Software Merchant Accounts, Prepaid Phone Card Accounts, Vitamin and Herbal Products, TMF Merchants, E Commerce Merchants.

[21] There was an additional purchase in or around June 7, 2024, for 60 Xanax pills, 60 phentermine pills, and 60 Adderall pills that was paid for via Zelle.

46.     The pills contained in each of the packages that were received and lab-tested were confirmed to be counterfeit and often contained controlled substances that were not present in the drugs that were ordered and that were not consistent with the imprints on the pills that were received.

### UC Merchant Account Opening at AXSON

47.     On February 7, 2024, the UC account received an email from axson@earthlink.net that contained information on the merchant application process through AXSON.  The email advised that the application would be processed on www.digi2checks.com.  The email further stated, "We want to make sure your practice applies to all the rules and laws for doing business in the United States."  The email's signature line included the website digi2checks.com, the business name "Axson Data," the address: 2130 Vanowen Street, Canoga Park, California, and the 8501 Telephone.  Attached to the email was a word document titled "Merchant Application Form," which required information to be provided about business ownership and banking information.

48.     On February 9, 2024, law enforcement submitted the completed application, which included UC business and banking information located in the United States.  In the company information portion of the application, law enforcement inputted an active UC online pharmacy uniform resource location ("URL") that is controlled by the FDA that markets a variety of unapproved and misbranded drugs.  In the products and service section of the application, law enforcement inputted, "Online Pharmacy selling pharmaceutical drugs."

49.     On February 13, 2024, the UC email account received an email that confirmed receipt of the application and advised that the application was sent for verification and processing.

50.     On February 19, 2024, the UC email account received an email advising that the UC account was approved.  The email also provided login details for www.digi2checks.com and discussed payout timelines.

51.     On or about February 23, 2024, law enforcement logged into www.digi2checks.com in a UC capacity, using the login credentials provided in an email signed "Jimmy from Axson."  Law enforcement navigated the site and identified a user profile page that contained all of the undercover business information provided on the application, including the company URL, the company product (a pharmacy), and the company product description (online health products).  Law enforcement identified an additional page on the site where the site listed the "agent" as Jimmy FU.  There was also an icon on the website where a user could enter customer details, including bank account information for customers.

52.     In March 2024, the UC account received an email from axson@earthlink.net, that included the rate to use AXSON's services per transaction as follows:

The processing fee: $4.00
The Phone fee: $2.00
Charge Rate is: 7%
Reserve Rate is: 5%

This email was signed "Jimmy from Axson."  In another email, "Jimmy" clarified that for a $1,000 transaction, the fees would be: "$70.00 charge fee, $4.00 processing fee, $2.00 phone, $50.00 Reserve."

53.     From May 13, 2024, to May 22, 2024, law enforcement logged into www.digi2checks.com in a UC capacity and entered six orders, including fictitious customer information, for Adderall sales totaling $4,000.

54.     On May 16, 2024, law enforcement, acting in a UC capacity, returned a call from FU.  During the call, the UC asked "Jimmy" whether the UC had processed the e-checks correctly.

23

FU asked the UC if the UC was getting the product from "[Website 2]" and reselling it locally, and the UC confirmed.  FU indicated that he had a security team that did the verification for the payments.  FU indicated that he worked with his partner and managed a team.  FU stated that he would approve the sales.  FU further told the UC not to enter "Adderall" in the sales data, but rather to input "health products" instead because FU did not know whether the UC had a license and FU did not want anyone to "get in trouble."  FU confirmed that he changed the last orders from Adderall to "health products."  FU indicated that this was a grey area so it would keep them out of trouble.  This call was recorded.  A review of the UC account revealed that, in fact, the "Adderall" description inputted by the UC was changed to "FHP."

55.     On June 15 and 17, 2024, the UC sent two text messages to the 8501 Telephone requesting money from the sales processed through AXSON from the UC online pharmacy.

56.     On June 17, 2024, the UC followed up and sent axson@earthlink.net an email inquiring about the money from the e-check orders previously placed through the UC online pharmacy.  In the response to the UC's inquiry, "Jimmy from Axson" responded via the axson@earthlink.net email address and informed the UC that the first statement would be sent out that week and that the wire was "on schedule."

57.     On June 21, 2024, an individual identified as "Lee from Axson" sent an email to the UC from the same email address informing the UC that a check would be mailed to the UC mailbox located in the District of Vermont.

58.     On October 1, 2024, law enforcement collected a Bank of America check that was sent from AXSON to the UC mailbox.  The check was for $1267.  The envelope also included a statement balance sheet that detailed the transactions processed by AXSON for the UC online pharmacy.

59.     Subsequently, on October 25, 2024, law enforcement collected a second Bank of America check that was sent from AXSON to the UC mailbox for $874.00.  The check was dated October 15, 2024.

**Apple Search Warrant Return for AXSON Account**

60.     On April 29, 2024, the Honorable David H. Hennessy, United States Magistrate Judge, District of Massachusetts, signed a federal search warrant for the Apple account associated with axson@earthlink.net (the "Apple Account").  *See* 24-4219-DHH (D. Mass.) (under seal).  On May 5, 2024, law enforcement received the responsive records from Apple.

61.     Included in the records produced by Apple, law enforcement identified multiple pictures that depicted payments to AXSON from what appeared to be customers located within the United States.

62.     Law enforcement also identified a picture of a piece of paper with what appeared to be a handwritten list.  The handwritten list included columns for pill count, shipping amount, drug names (including "Xan" and Adderall), and the total amount for what appeared to be sales. The document also included what appeared to be customer names.  This picture is included below:



63.     All of the names included in the above photograph recovered from the Apple Account (which have been redacted) had e-checks deposited into bank accounts held by AXSON. Each of the e-checks referenced a business entity in the memo line, including Business 1, "Business 2," "Business 3," and  "Business 4."

64.     Law enforcement also identified another photograph that depicted a cell phone with a text message from a phone number ending in 6631.  The message included a photograph of a quick screen single panel drug test with a positive indicator for methamphetamine.  The text message that followed the picture stated, "I ordered Adderall…I got this...it's pressed meth.. I said if they don't have real Adderall I would take 20mg Ritalin to replace. They refused unless I sent these back (which is highly illegal)."  The photograph is included below:



Law enforcement conducted an open-source search for the phone number associated with this text message ending in 6631, which was associated with an individual with the initials "A.J."  A review

of financial records for AXSON showed multiple e-checks were deposited by an "A.J." and an iteration of A.J.'s name, with initials "T.J." into AXSON maintained bank accounts at Cathay Bank and Royal Business Bank, with the e-check memo referencing Business 1 for the majority of e-checks, and one referencing Business 3, on various dates in at least 2022 and 2023, with amounts ranging from $200 to $890.

65.     Another photograph showed what appeared to be a computer screen with a "transaction list." The transaction list includes a column listing the Business 1 as the merchant's name for each transaction. This photograph is included below:



The "Merchant Name" column above listed Business 1 for each entry. The "Customer Name" column listed in the above photograph listed Dr. "R.G." for each entry. A review of AXSON's financial accounts revealed that Dr. R.G. had e-checks deposited into an AXSON bank account (with memo references to Business 1 or initials associated with Website 1). The individual

payment amounts from Dr. R.G. ranged from $100 up to $5,200 and spanned from February 2023 through August 2024.

<strong>Summary of AXSON Financial Analysis</strong>

66.     Law enforcement has identified multiple financial accounts held in the AXSON business name, including accounts maintained at Cathay Bank, Royal Business Bank, US Bank, Bank of America, Bank Irvine, and BMO Bank.  Since January 2021, FU has opened nine different checking or savings accounts and four certificate of deposit ("CD") accounts in AXSON's name at these various financial institutions.  As of August and September 2024, the combined account balances in these AXSON accounts totaled approximately $653,200.

67.     Since January 2021, approximately $11.5 million has been deposited into these AXSON accounts from various third-party individuals and entities.  Through various means, law enforcement has been able to identify hundreds of third-party names associated with checks or other payment types deposited into AXSON financial accounts who are individuals that are known to have made purchases through the Websites' network.[22]  Investigators observed payments from these known buyers deposited into AXSON accounts as recently as August and September 2024, including the $1,485 paid by the UC via e-checks for the purchase of 60 Adderall pills, 60 phentermine pills, and 60 Xanax pills ordered on August 18, 2024, as well as several other known

---

[22] The list of known online pharmacy buyers was derived from various sources.  For example, law enforcement added names recovered from electronic devices, packages, and packaging material recovered from the pill press operation in the District of Massachusetts discussed above.  Law enforcement also added names associated with confirmed pill orders that were included in federal search warrant returns for three email addresses used by the Website operators to facilitate customer orders.  Law enforcement also included the names of individuals who were interviewed by law enforcement and admitted to making purchases through the Websites or other online pharmacies, among other sources.

buyers, such as "C.V." from Bayside, New York, "M.W." from Puyallup, Washington, and "L.P." from Carlisle, Massachusetts, just to name a few.

68.     As mentioned above, the majority of checks deposited into the AXSON bank accounts since January 2021 include business entities listed on the memo line of the checks, with a significant majority referencing Business 1.  During this same time period, approximately $8.5 million was disbursed from the AXSON bank accounts via outgoing international wire transfers to various business entities, including more than $5.1 million sent to India-based "Business 5" and Business 1.[23]

69.     For all of these reasons, there is probable cause to believe that FU has been accepting payment on behalf of the Websites by customers purchasing controlled substances and counterfeit pills online.  As outlined above, there is probable cause to believe that FU has knowledge of the source of the payments and has taken efforts to conceal or disguise the nature, source, and ownership of the funds.  For example, in connection with the UC purchase on January 25, 2024, law enforcement spoke directly to FU, who confirmed that the payment made was for Adderall purchased from Website 2.  Additionally, when law enforcement again communicated in a UC capacity with FU to establish a merchant account with AXSON, the UC expressly stated that

---

[23] While the vast majority of funds deposited into AXSON accounts appear to be derived from online pharmacy purchasers, investigators also identified payments deposited into AXSON accounts from numerous individuals that appeared consistent with computer technology fraud and other related scams, including account takeovers.  The technology fraud payments were often hand-written check payments that included memo references such as, "lifetime firewall" and "virus protection," and were for dollar amounts significantly higher than traditional security software and service plans.  Several payments deposited into AXSON bank accounts that were identified as possible computer technology fraud were found to have been from elderly individuals.  Accordingly, it my belief that, in addition to receiving proceeds of violations of Title 21, United States Code, Section 841 and 846, FU is also receiving funds that are fraud proceeds in violation of Title 18, United States Code, Section 1343, among other schemes.

the business using AXSON for payment processing was an online pharmacy, and, despite this admission, the merchant account request was approved.  In a conversation between FU and the UC on May 16, 2024, FU told the UC not to enter "Adderall" in the sales data, but rather to input "health products" instead because FU did not know whether the UC had a license and FU did not want anyone to "get in trouble," among other facts that clearly support FU's knowledge regarding the underlying criminal activity.

70.     The deposits into the accounts further demonstrate an effort to conceal the true nature and purpose of the payment where the memo section of the deposited checks include a variety of different purported business names, including Business 1, Business 2, Business 3, and Business 4—all of which appear to receive payments from customers of the Websites' network of online pharmacies.  Open-source research of these businesses indicate that they are for, among other things, IT consulting, digital marketing, data services, and software development, rather than online pharmacies marketing for sale prescription drugs.  AXSON bank accounts then wire money overseas to accounts primarily located in India.  Based on my training and experience, this scheme is in place to distance the operators of the Websites from the payments and conceal the true purpose of the payments.

## CONCLUSION

71.     Based upon the information developed during this investigation and set out in this affidavit, there is probable cause to believe that FU is a participant in a Money Laundering Conspiracy, in violation of Title 18, United States Code, Sections 1956(a)(1)(B)(i), (a)(2)(B)(i), and (h).

I declare that the foregoing is true and correct.

_Patrick Martin_
Patrick Martin
Special Agent
Homeland Securities Investigation


Sworn via telephone in accordance with Fed. R. Crim. P. 4.1
this 29th day of October, 2024

5:04 p.m.

_Load H. Hennessy_
HONORABLE DAVID H. HENNESSY
UNITED STATES MAGISTRATE JUDGE