UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>v.<br><br>Jimmy Zhijian Fu,<br><br>　　Defendant. | Case No. 1:24-mj-4563 |

**DEFENDANT JIMMY ZHIJIAN FU'S
MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE
TO PERMIT TRAVEL FOR ATTORNEY-CLIENT MEETINGS**

　　Defendant Jimmy Zhijian Fu respectfully requests that the Court modify his conditions of supervised release, which currently restrict his travel. Mr. Fu lives in California and is seeking Court authorization to travel to New York and New Jersey for purposes of conducting in-person, attorney-client meetings in Manhattan, and visiting his elderly parents in New Jersey. He has ties to his community, is not a flight risk, and remains fully in compliance with his conditions. He also received Court authorization to travel to New York and New Jersey in March and April of 2025 and did so, without incident, on both occasions.

　　Accordingly, I am respectfully requesting permission for Mr. Fu to travel between the dates of August 16, 2025, and August 19, 2025, to New Jersey and New York for purposes of meeting with me and visiting family. Mr. Fu will travel with family and his exact travel details have been provided to both U.S. Pretrial Services and the government.

The government, through AUSA Mackenzie Duane, has no objection to this request. U.S. Pretrial Services for the Central District of California, through Officer Anita Navarro, indicated it also has no objection regarding the proposed travel, while Officer Tiffany Rivers defers to Pretrial in the charging district. At the time of filing this motion, U.S. Pretrial Services for the District of Massachusetts has not yet provided their position on this travel request; however, their office has previously had no objections to Mr. Fu's successful travel to New Jersey and New York.

Thank you for the Court's consideration.

Dated: August 14, 2025                    Respectfully submitted,

                                                    JIMMY ZHIJIAN FU

                                                    By his attorney,

                                                    */s/ Aaron Mysliwiec*
                                                    MIEDEL & MYSLIWIEC LLP
                                                    52 Duane St, Floor 7
                                                    New York, New York 10009
                                                    (m) 718-724-4648
                                                    am@fmamlaw.com

cc:   U.S. Pretrial Services, *via* email

**Aug 14, 2025**
Allowed.  All other conditions of defendant's Pretrial release remain in full force and effect.

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing document was served by ECF on counsel for the Government on August 14, 2025.

*/s/ Aaron Mysliwiec*
Aaron Mysliwiec