UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 24-mj-04563 (DHH) |
| v. | ) |
| | ) |
| JIMMY ZHIJIAN FU, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF CHANGE OF FIRM AFFILIATION**
**AND CHANGE OF ADDRESS**

Please take notice that Megan A. Siddall, counsel of record for Defendant Jimmy Zhijian Fu, is no longer associated with the firm of Miner Siddall LLP.  Ms. Siddall's new contact information is:

Megan A. Siddall
Cloherty & Steinberg LLP
One Financial Center
Suite 1120
Boston, MA 02111
Tel:  617-693-1909
msiddall@clohertysteinberg.com

Date:  September 4, 2025

Respectfully submitted,

JIMMY ZHIJIAN FU,

By his attorney,

*/s/ Megan A. Siddall*
Megan A. Siddall (BBO No. 568979)
Miner Siddall LLP
101 Federal Street
Boston, MA 02110
Tel. (617) 202-5890
msiddall@msdefenders.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing document was served by ECF on all parties on September 4, 2025.

                                               */s/ Megan A. Siddall*
                                               Megan A. Siddall